**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Doniell Duncan,                                         Case No. 3:20-cv-2665-JGC

        Plaintiff

       v.                                                **JUDGMENT ENTRY**

Lourdes University,

        Defendant.

For the reasons stated in the Order (Doc. 57) filed this same date,

It is, therefore,

ORDERED THAT:

1. Plaintiff's Motion for Recusal (Doc. 51) be, and the same hereby is, denied;

2. Defendant's Motion for Summary Judgment (Doc. 30) be, and the same hereby is, granted in full;

3. Plaintiff's Motion for Reconsideration of my denial of her Motion for an Extension of Time to File Replies (Doc. 53) be, and the same hereby is, denied;

4. Plaintiff's Motion to Leave to Amend Complaint (Doc. 45) be, and the same hereby is, denied; and

5. Plaintiff's Motion to Exclude Evidence (Doc. 44) be, and the same hereby is, denied as moot.

So ordered.

                                                                             /s/ James G. Carr
                                                                             Sr. U.S. District Judge